427 A.2d 1202

Daudt et ux., Appellants, v. McNeil Laboratories, Inc.

Submitted March 23, 1979. Richard E. Buck, for appellants; Edward H. Fackenthal, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.